# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PENOVIA LLC,**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**XEROX CORPORATION,**<br><br>　　　　　　**Defendant.** | Case No. 2:13-cv-00427-JRG<br><br>JURY TRIAL DEMANDED |

## AGREED MOTION TO DISMISS WITH
## PREJUDICE, PURSUANT TO SETTLEMENT

Pursuant to Fed. R. Civ. P. 41 and pursuant to a settlement agreement between the parties, Plaintiff Penovia LLC ("Penovia") hereby moves to dismiss with prejudice Penovia's claims against Defendant Xerox Corporation, with each party to bear its own costs, expenses and attorneys' fees.

Dated: September 20, 2013　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Craig Tadlock*
　　　　　　　　　　　　　　　　　　　　Craig Tadlock
　　　　　　　　　　　　　　　　　　　　State Bar No. 00791766
　　　　　　　　　　　　　　　　　　　　Keith Smiley
　　　　　　　　　　　　　　　　　　　　State Bar No. 24067869
　　　　　　　　　　　　　　　　　　　　TADLOCK LAW FIRM PLLC
　　　　　　　　　　　　　　　　　　　　2701 Dallas Parkway, Suite 360
　　　　　　　　　　　　　　　　　　　　Plano, Texas 75093
　　　　　　　　　　　　　　　　　　　　903-730-6789
　　　　　　　　　　　　　　　　　　　　craig@tadlocklawfirm.com
　　　　　　　　　　　　　　　　　　　　keith@tadlocklawfirm.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Penovia LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 20, 2013, I conferred by email with counsel for Defendant Xerox Corporation, and counsel for Xerox has agreed to the form and substance of this motion. Accordingly, this motion is an agreed motion.

/s/ *Craig Tadlock*
Craig Tadlock

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 20th day of September, 2013.

/s/ *Craig Tadlock*
Craig Tadlock